JOSHUA S. GOODMAN, ESQUIRE - State Bar #116576
jgoodman@gnhllp.com
PAIGE P. YEH, ESQUIRE - State Bar #229197
pyeh@gnhllp.com
GOODMAN NEUMAN HAMILTON LLP
417 Montgomery Street, 10th Floor
San Francisco, California 94104
Telephone: (415) 705-0400
Facsimile: (415) 705-0411

Attorneys for Defendant
HOME DEPOT U.S.A., INC.

\*\*\*

John J. Moreno – State Bar
Home Depot Store #636
1451 River Park Drive, Suite 175
Sacramento, California 95815
Phone: (916) 922-1233
Fax: (916) 922-1301

Attorneys for Plaintiff
LANCE PYLE

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LANCE PYLE,<br><br>                  Plaintiffs,<br><br>vs.<br><br>HOME DEPOT U.S.A., INC.,<br><br>                  Defendants. | Case No. No. 2:18-cv-2740-MCE-KJN<br><br>**JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE AND ORDER** |

     Pursuant to Rules 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure and the Confidential Settlement Agreement ("Settlement Agreement") between all parties, Plaintiff Lance Pyle ("Plaintiff") and Defendant Home Depot U.S.A., Inc. ("Defendant") (Plaintiff and Defendant collectively referred to as the "Parties"), by and through their respective undersigned attorneys, hereby submit the following Stipulation for Dismissal with Prejudice.

-1-
JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE AND ORDER

1. Defendant denies any liability as to the claims asserted by Plaintiff.

2. Each side shall bear its own attorneys' fees and costs.

3. The Court shall retain jurisdiction to enforce the terms of the Settlement Agreement.

WHEREFORE, the Parties hereby request the Court to enter an order dismissing the above matter with prejudice, including all claims and causes of action and for such other and further relief as the Court may deem appropriate.

DATED: August 20, 2019         GOODMAN NEUMAN HAMILTON LLP

By: */s/ Paige Yeh*
PAIGE YEH
Attorneys for Defendant
HOME DEPOT U.S.A., INC.

DATED: August 20, 2019         LAW OFFICE OF JOHN J. MORENO

By: */s/ John J. Moreno*
JOHN J. MORENO
Attorneys for Plaintiff
LANCE PYLE

## **ORDER**

Good cause having been shown, the parties' above stipulation is adopted as the order of this Court. The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated: September 10, 2019

MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

Goodman Neuman Hamilton LLP
417 Montgomery St.
10th Floor
San Francisco, CA
94104
Tel.: (415) 705-0400